### CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Bryant Vega-Cervantes<br>DOB: XX/XX/1979; Citizen of Mexico | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>21-08707MJ |
| Complaint for violation of Title 8    United States Code § 1326 (b)(1) | |

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE<br>UNITED STATES MAGISTRATE<br>JUDGE | LOCATION<br>TUCSON, ARIZONA |
|---|---|---|
| DATE OF OFFENSE<br>ON OR ABOUT<br>August 17, 2021 | PLACE OF OFFENSE<br>AT OR NEAR<br>Nogales, Arizona | ADDRESS OF ACCUSED (if known) |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about August 17, 2021, at or near Nogales, in the District of Arizona, **Bryant Vega-Cervantes**, an alien, knowingly and intentionally attempted to enter the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on August 7, 2021 and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326, enhanced by Title 8, United States Code, Section 1326 (b)(1).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Bryant Vega-Cervantes** is a citizen of Mexico. On August 7, 2021, **Bryant Vega-Cervantes** was lawfully denied admission, excluded, deported, and removed from the United States through Nogales, Arizona. On August 17, 2021, **Bryant Vega-Cervantes** knowingly and intentionally attempted to re-enter the United States by falsely claiming to be a United States citizen. **Bryant Vega-Cervantes** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br><br>Authorized by AUSA  CJC3 | SIGNATURE OF COMPLAINANT (official title)<br>Marco A. Estrada Jr. |
|---|---|
| Sworn by telephone: X | OFFICIAL TITLE<br><br>CBPO/E |
| SIGNATURE OF MAGISTRATE JUDGE | DATE<br>August 18, 2021 |